IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BOBBY LOWERY Jr**                                                                                        **PLAINTIFF**

VS.                         CASE NO.   3:25-CV-00169-DPM

**COLSON CASTER**                                                                                          **DEFENDANT**

## ORDER

Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint. Therefore, the Application is hereby granted.

IT IS SO ORDERED this 28th day of August, 2025.

                                                                AT THE DIRECTION OF THE COURT
                                                                TAMMY H. DOWNS, CLERK


                                                                By:   J. Kornegay
                                                                         Deputy Clerk