IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BOBBY LOWERY, JR.                                                   PLAINTIFF

v.                              No. 3:25-cv-169-DPM

COLSON CASTER                                                       DEFENDANT

## ORDER

1. Lowery's application to proceed *in forma pauperis*, Doc. 1, is granted. He reports living on unemployment and disability income.

2. The Court must screen Lowery's complaint, *Doc. 2*. 28 U.S.C. § 1915(e)(2). He says Colson Caster wouldn't accommodate his disability, falsely accused him of missing a 5:00 a.m. meeting, and then fired him. Lowery helpfully attached his right-to-sue letter from the EEOC. He did not attach his charge of discrimination. He gives no other details.

Lowery hasn't stated a solid claim under the Americans with Disabilities Act. *Evans v. Cooperative Response Center, Inc.*, 996 F.3d 539, 545–47 (8th Cir. 2021). He hasn't identified his job, his disability, what accommodation he needed, or who denied his request. The Court needs more information.

3. Lowery must file an amended complaint with more details by 1 October 2025. If he doesn't, the Court will dismiss his case without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
*/s/*

D.P. Marshall Jr.
United States District Judge

29 August 2025