IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BOBBY LOWERY, JR.                                              PLAINTIFF

v.                       No. 3:25-cv-169-DPM

COLSON CASTER                                                  DEFENDANT

## ORDER

Lowery filed an amended complaint with many more details supporting his wrongful termination claim under the Americans with Disabilities Act and the Family and Medical Leave Act.  *Doc. 5*.  The Court must screen his new pleading.  28 U.S.C. § 1915(e).

Lowery's treatment for prostate cancer required an extended absence from work at Colson Caster.  Lowery had trouble communicating with Colson about his FMLA leave.  His leave wasn't documented;  and he was fired.  With the help of his union representative, Lowery's firing was overturned.  He returned to work and requested an accommodation for regular bathroom breaks.  Lowery discovered that Colson had given his position to a coworker and was moving him to another department.  He also says there was workplace tension, continued questions about his whereabouts, and repeated disciplinary actions.  Colsen eventually fired Lowery for violating its attendance policy.  He denies the violation.

Lowery's claims proceed. He has stated a plausible failure-to-accommodate claim under the ADA. *Evans v. Cooperative Response Center, Inc.*, 996 F.3d 539, 545–47 (8th Cir. 2021). He has also stated a plausible claim that his FMLA leave was a cause of his firing. *Pulczinski v. Trinity Structural Towers, Inc.*, 691 F.3d 996, 1007 (8th Cir. 2012).

The Court directs the Clerk to issue summons for Colson Caster, LLC, and deliver it, along with a copy of the complaint, amended complaint, the screening Order, and this Order to the Marshal. The Marshal must serve process, without prepayment of fees, by registered mail, restricted delivery, return receipt required, on Colson Caster, LLC's registered agent, Cogency Global, Inc., 300 W. Spring St., Ste. 900, Little Rock, AR 72201.

So Ordered.

*/s/ WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 December 2025