IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BOBBY LOWERY, JR.                                          PLAINTIFF

v.                          No. 3:25-cv-169-DPM

COLSON GROUP HOLDINGS, LLC                                 DEFENDANT

## ORDER

Unopposed motion, *Doc. 9*, granted for good cause. Colson's answer or Rule 12(b) motion due by 16 February 2026. The Court directs the Clerk to update the defendant's name to Colson Group Holdings, LLC.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 January 2026