# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

BOBBY LOWERY, JR.                                    PLAINTIFF

v.                            No. 3:25-cv-169-DPM

COLSON GROUP HOLDINGS LLC                            DEFENDANT

## ORDER

Joint stipulation, *Doc. 20*, appreciated.  The parties have settled. Congratulations.  Motion, *Doc. 19*, denied as moot.  This case will be dismissed with prejudice, but the Court will retain jurisdiction for a time to enforce the parties' settlement.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_2 March 2026_