# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

BOBBY LOWERY, JR                                        PLAINTIFF

v.                          No. 3:25-cv-169-DPM

COLSON GROUP HOLDINGS LLC                        DEFENDANT

## JUDGMENT

Lowery's amended complaint is dismissed with prejudice.  The Court retains jurisdiction until 2 May 2026 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

2 March 2026